# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

FILED
JAMES J. VILT, JR. - CLERK

JAN - 4 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

MR. JAMES MALLORY A.K.A. (SADDIQ AL-RAHMAN MUHAMMAD)
MRS. PORSHIA MONEICE MALLORY (WIFE)

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:24CV-10-JHM
(To be supplied by the clerk)

PHILLIP SMITH UNIT ADMINISTRATOR II
JOHN VAUGHT CAPTION #E-07
ZACHARY R. PARSONS, CHAIRMAN/ADJUST(MENT)...
DAVID JAMES GREEN, WARDEN
JAMES WHITT, DEPUTY WARDEN

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: JAMES MALLORY #145128

Place of Confinement: L.S.C.C. Little Sandy Correctional Complex

Address: 505 PRISON CONNECTOR SANDYHOOK, Ky 41171

Status of Plaintiff: CONVICTED (✓)    PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: MRS. PORSHIA MALLORY (WIFE)

Place of Confinement: Louisville Kentucky Area!

Address: 3005 SHOREHAM LANE Louisville, Ky 40216

Status of Plaintiff: CONVICTED (N/A)   PRETRIAL DETAINEE (N/A)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (  )   PRETRIAL DETAINEE (  )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant PHILLIP SMITH is employed as UNIT ADMINISTRATOR II at EASTERN KENTUCKY CORRECTIONAL COMPLEX

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant JOHN VAUGHT is employed as CAPTION E-07 at EASTERN KENTUCKY CORRECTIONAL COMPLEX.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant ZACHARY R. PARSONS is employed as CHAIRPERSON/ADJUSTMENT at EASTERN KENTUCKY CORRECTIONAL COMPLEX.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant DAVID JAMES GREEN is employed as WARDEN at EASTERN KENTUCKY CORRECTIONAL COMPLEX

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(5) Defendant **JAmes WHiTT** is employed as **DePuTy WArdeN** at **EAsTeRN KenTucky correcTioNAl complex**

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (  ) NO ( ✓ )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____ N/A _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action) N/A

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Upon date in time of 2/21/2023 @ 12:47:00 P.M. Phillip Smith UA II and John Vaught Captain E#7 ran in my cell A-U-6 in Dorm 4 with tasers aiming at my face telling me to get down on my hands in knees and place my hands over my head. I admittedly complied with their commands then i was told to take off all my clothes in bend over in open my buttocks cheeks for they can see my rectum I complied against my better judgement afraid to be tased though I didnt do anything wrong to deserve this treatment... Phillip Smith claim he saw a balloon tip in my rectum "though" it was my hemroids in I literally tried to explain to him I had a bad case of "hemroids" in even have had surgery to deal with these issues. Instead Phillip Smith in Captain Vaught E-07 told me to put my clothes on I was going to the dry cell in I would be strip necket with nothing no mattress bed or nothing. Thats exactly what they done left me freezing in a cry cell no water no mattress, no underwear just some paper boxers one size fixs all... I used the restroom in a bucket (8) times in urinated over 20 times never getting to wash my hands for over (5) days having to eat my food with feces particals in urine specimens on my hands no spoon or fork being provided... Finally after several days of this treatment in no drugs was received or found from me they allowed me to have my clothes after not having a shower for (5) days... Because they refuse to accept their mistakes they made on putting me in the hole necket for no reason they Phillip Smith wrote me up anyways for a category 5-7 tampering with physical evidence though no evidence was ever found... After going to court call adjustment committee (5) days later 2/25/2023 the adjustment committee chairperson Zachary Parsons found me guilty of the five-seven tampering with physical evidence in assign a penalty of (30) days disciplinary seg no when no evidence was ever found on me or my persons reason for this penalty he claimed due to my prior disciplinary record for dangerous contraband related incidents that it corroborated the report... After serving (23) days on the 30 days penalty imposed the warden David James Green dismiss the write up in proved i was 100 percent innocent but yet had to go through all those formalities for no reason i was prolong for my MRT classes lost valuable canteen items worth 100's of dollars as well as non-parishable cooler foods etc..... Now even after beating this erroneous incident report Phillip Smith was upset that this write-up was dismiss so he perpousely place me in dorm 3 the most violent restrictive dorm though my record reflects i shouldnt have been in dorm 3 im not in any STG gang file in havent had a violent write up in over seven solid years straight...

4

### III. STATEMENT OF CLAIM(S) continued

So i wrote the warden asking that he intervene to no avail i was left in Dorm 3 for over a month straight even my lawyers from A.I.G. Eric Kobrick wrote the warden a four page letter asking the warden intervene as well still nothing was done. Then on April 9, 2023 i was on visit with my wife Porshia Mallory "Easter Sunday" and visit for two hours hug in kiss my wife left visit was strip search sent through the scanner and went back to my dorm (30) minutes later I was bum rush told to strip again in my cell necklet open my mouth still NO contraband was found on me whatsoever i was sent back through the scanner no contraband was found. Still i was place in the Hole in put on telephone restriction... After this deputy warden harass my wife calling her cell phone telling her she's going to prison if she doesn't come clean in tell him what she gave him meaning (me) her husband... In that she'll never see me again if she don't in he would block her number for i couldnt ever talk to her again... Deputy Warden Whitt did remove her from my visit list indefinitely in also (3) days later took all my contact in video visits indefinitely when NO contraband was found on me or my wife to deserve these restriction... Note )also my wife Porshia was sent through the body scanner (3) times told to take off her shoes in a female c/o was instructed to feel threw her bra to inspect for contraband she never had. My wife is a law abiding citizen never been to prison nor had any felonies in her entire 41 years of living after leaving visit my wife was having to be sent to the emergency room from a mild heart attacks in major panic attacks their proof of these extact claims... I've been deprive of seeing my wife since April 9, 2023 when i was visiting her every weekend contact visits beforehand... These issues have cause me major physical health issues I was put on Acy statis in indefinite seg for (6) months with (no) contraband found on my person... Again 100's of dollars of my canteen was stolen, my appliances missing and legal work in personal photos of my family in kids...
It's caused me to have an adverse physological impact in I've lost weight, deprived of sleep in its cause a major strange in my relationship with my wife she's suffer so much mental anguish she lost her job at the company she work for for over 8) years due to not being able to perform her regular work duties this has caused Porshia Mallory to also have to receive counseling in therapy for these

incidents that have unfolded this is truly cruel in unusal punishment at its finest in justice should be served!

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 500,000.000

✓ grant injunctive relief by 500,000.000

✓ award punitive damages in the amount of $ 500,000.000

✓ other: "All Reimbursements For Property in Personal Belonging"

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 26 27 day of December, 2023.

THiS 1983 WAS Hereby Sworn before Me by James Mallory THiS 26 DAY OF December 2023...

Brittany McDrow
NOTARY Public STATE AT LARGE Ky
12/27/2023
My commission Expires: 2/14/2027

James Mallory (Husband)
(Signature of Plaintiff)

Tonshia Mallory (Wife)
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on December 26, 2023.

James Mallory #145/28
(Signature)

6

Mr. James Mallory #145128
L.S.C.C.
505 Prison Connector
Sandy Hook, Ky 41171



FILED
JAMES J. VILT, JR. - CLERK
JAN - 4 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

601 W. Broadway, Room 106
Gene Snyder United States Courthouse
Louisville, Ky 40202

"Legal Mail") "Do NOT TAMPER WITH"

"Legal Mail Out"

Mailed Out:
12/27/2023