UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**MR. JAMES MALLORY et al.**                                                                           PLAINTIFFS
*aka Saddiq Al-Rahman Muhhammad*

v.                                                              CIVIL ACTION NO: 3:24-CV-P10-JHM

**PHILLIP SMITH et al.**                                                                                 DEFENDANTS

## **ORDER**

Plaintiffs James Mallory, also known as Saddiq Al-Rahman Muhhammad, and Mrs. Portia Moneice Mallory filed a *pro se* complaint on a 42 U.S.C. § 1983 complaint form which contains allegations against employees of the Eastern Kentucky Correctional Complex. The Eastern Kentucky Correctional Complex is located in West Liberty, Kentucky.

Because no special venue statute for civil-rights actions exists, 28 U.S.C. § 1391, the general venue provision, controls. Section 1391(b) requires that civil actions may be brought only in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;
>
> (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or
>
> (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

The events set forth in the complaint allegedly occurred in Morgan County, which is in the Eastern District of Kentucky, 28 U.S.C. § 97(a), and where Defendants presumably reside. Therefore, proper venue for this complaint lies there. § 97(a) and § 1391(b). Accordingly,

2

**IT IS ORDERED** that the instant action be **transferred** to the United States District Court for the Eastern District of Kentucky, Northern Division, for all further proceedings.  28 U.S.C. § 1406(a).  All future filings should be filed in that court.

Should Plaintiffs file any further filings in this case, **the Clerk of Court is DIRECTED** to transfer those filings to the Eastern District of Kentucky.

Date: January 8, 2024

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc:    Plaintiff, *pro se*
       Clerk, EDKY, Northern Division
4414.009